UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
------------------------------------------------------------------X

IN RE:

    1443 61 LLC,

                      Debtor(s).

Case No. 14-41255

------------------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND REQUEST FOR DOCUMENTS

    PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §1109(b), the undersigned hereby appears in the above-captioned case as attorneys for Ronald Testa and Sally Testa, creditors in interest herein, and requests that notice of all matters and copies of all papers be duly served upon the undersigned at the address set forth below.

    REQUEST IS HEREBY MADE for service of copies of all papers including, but not limited to, reports, pleadings, motions, applications or petitions, disclosure statements, answering or reply papers, filed in the above-captioned case by mailing one copy of each to the undersigned.

Dated:    Brooklyn, New York
           March 19, 2014

                                    MICHAEL F. KING, ESQ.
                                    Attorney for Creditors
                                    Ronald Testa and Sally Testa
                                    256 93rd St., 1st Fl.
                                    Brooklyn, NY 11209
                                    (718) 238-2021

                                    BY
                                          Michael F. King – K8734